IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| FLOYD, FLOYD, PEARCE OF BEAUMONT, L.P.; FLOYD, FLOYD & SONS, L.L.C. D/B/A FLOYD'S CAJUN SEAFOOD HOUSE; FLOYD'S RESTAURANTS OF PEARLAND, INC. D/B/A FLOYD'S CAJUN SEAFOOD & TEXAS STEAKHOUSE; BRET FLOYD; COASTLINE SEAFOOD INTERNATIONAL, L.L.C.; FLOYD LANDRY; CATFISH CABIN, INC.; TIM JAMES; NICHOLAS JOHNSON; JEREMY JOHNSON; BIG JOHNSON CHARTERS, INC. § § § § § § § § § § § § § § Plaintiffs § § vs. § § § BP, PLC; BP AMERICA, INC.; BP § CORPORATION NORTH AMERICA, § INC.; BP COMPANY NORTH AMERICA § INC.; BP PRODUCTS NORTH AMERICA, § INC.; ANADARKO PETROLEUM CORP.; MOEX § OFFSHORE 2007, L.L.C.; TRANSOCEAN, LTD.; § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING, INC.; TRANSOCEAN DEEPWATER, § INC.; HALLIBURTON ENERGY SERVICES, INC.;§ CAMERON INTERNATIONAL § CORPORATION f/k/a COOPER CAMERON § CORPORATION; and M-I, LLC. § § Defendants. § | CIVIL ACTION NO. 1:10cv305-MAC JURY DEMANDED |

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FLOYD, FLOYD, PEARCE OF BEAUMONT, L.P.; FLOYD, FLOYD & SONS, L.L.C. D/B/A FLOYD'S CAJUN SEAFOOD HOUSE; FLOYD'S RESTAURANTS OF PEARLAND, INC. D/B/A FLOYD'S CAJUN SEAFOOD & TEXAS STEAKHOUSE; BRET FLOYD; COASTLINE SEAFOOD INTERNATIONAL, L.L.C.;

**FLOYD LANDRY; CATFISH CABIN, INC.; TIM JAMES; JEREMY JOHNSON; NICHOLAS JOHNSON; and BIG JOHNSON'S CHARTERS, INC.** hereinafter referred to as "Plaintiffs" and file this Motion to Non-Suit without prejudice against **BP, PLC; BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP COMPANY NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; ANADARKO PETROLEUM CORP.; MOEX OFFSHORE 2007, LLC; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; and M-I, L.L.C.**, Defendants herein, and as grounds for granting of said motion, would show the Court as follows:

I.

Plaintiffs, **FLOYD, FLOYD, PEARCE OF BEAUMONT, L.P.; FLOYD, FLOYD & SONS, L.L.C. D/B/A FLOYD'S CAJUN SEAFOOD HOUSE; FLOYD'S RESTAURANTS OF PEARLAND, INC. D/B/A FLOYD'S CAJUN SEAFOOD & TEXAS STEAKHOUSE; BRET FLOYD; COASTLINE SEAFOOD INTERNATIONAL, L.L.C.; FLOYD LANDRY; CATFISH CABIN, INC.; TIM JAMES; JEREMY JOHNSON; NICHOLAS JOHNSON; and BIG JOHNSON'S CHARTERS, INC.** no longer wish to pursue their cause of action against the Defendants, and for this reason request dismissal of same without prejudice.

WHEREFORE, Plaintiffs pray that said suit be dismissed against the Defendants without prejudice.

Respectfully submitted,

PROVOST★UMPHREY LAW FIRM, L.L.P.
P. O. Box 4905
490 Park Street
Beaumont, TX  77704-4905
Telephone:  (409) 835-6000
Facsimile:  (409) 813-8671

By: <u>/s/Thomas Walter Umphrey</u>
    Thomas Walter Umphrey
    State Bar No. 15424390
    Jacqueline Ryall
    State Bar No. 17469445

ATTORNEYS FOR PLAINTIFFS